THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS DAGHITA, Appellant.

Submitted October 18, 1950; decided October 20, 1950.

Motion for reargument denied. [See 301 N. Y. 223.]